UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCED DOMINGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BERKELEY, *et al.*, <br><br> Defendants. | Case No. 21-cv-08599-SI <br><br> **ORDER REGARDING SERVICE OF THE COMPLAINT AND PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER** <br><br> Re: Dkt. No. 11 |

On November 4, 2021, ten *pro se* plaintiffs filed this lawsuit against the City of Berkeley and other Berkeley government departments. Plaintiffs also filed applications to proceed *in forma pauperis*, as well as a motion for a temporary restraining order. The same day, the Court granted the *in forma pauperis* applications, and on November 8, the Court issued summons and prepared the service packet to enable the U.S. Marshals to serve the complaint and other documents on defendants. The Court recognizes the importance of the issues raised by plaintiffs' filings, and the Court finds that it is appropriate for defendants to be served and to have an opportunity to respond to the motion for a temporary restraining order before the Court takes any action on plaintiffs' motion.

The Court advises plaintiffs that because they are representing themselves, this case may not proceed as a class action. The Court encourages plaintiffs to contact the Homeless Action Center at info@homelessactioncenter.org or (510) 540-0878, as well as the Pro Se Help Desk at FedPro@sfbar.org or (415) 782-8982 to speak with an attorney who will provide basic legal help,

but not legal representation.

     **IT IS SO ORDERED**.

Dated: November 12, 2021

_____

SUSAN ILLSTON
United States District Judge