UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCED DOMINGUEZ, LUCIEN JEFFORDS, DEBORAH MAXILOVE, RICHARD DORAN, RONALD BANYASH, PAMALA BENFANTE, MELISSA ZAJAC, REBECCA FISHER, MELISSA CHEATWOOD, CLARENCE GALTNEY<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.<br><br>    Defendants. | No. 3:21-cv-08599-SI<br><br>[PROPOSED] ORDER ON STIPULATION TO BRIEFING SCHEDULE FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND TO EXTEND DEFENDANT CITY OF BERKELEY'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (LOCAL RULE 6-1(a))<br><br>Action Filed: November 4, 2021 |

**<u>ORDER</u>**

Upon review of the Stipulation of the Parties to Briefing Schedule for Motion for Temporary Restraining Order and to Extend Defendant City of Berkeley's Time to Respond to Plaintiff's Complaint (ECF No. 39), and the Court finding good cause for the same, IT IS SO

ORDERED.

1. Defendants' Oppositions to Plaintiffs' Notice and Motion for Temporary Restraining Order (ECF No. 11) will be filed on or before January 12, 2022.
2. Plaintiffs' Reply to Defendants' oppositions will be filed on or before January 26, 2022.
3. Defendants' deadline to answer or otherwise respond to the complaint will be extended to and including January 12, 2022.

Dated:   December 21, 2021        _____
SUSAN ILLSTON
United States District Court Judge