UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCED DOMINGUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, *et al.*,<br><br>Defendants. | Case No. 21-cv-08599-SI<br><br>**ORDER APPROVING STIPULATION AND SETTING HEARING FOR MARCH 10, 2022, AT 11:00 AM**<br><br>Re: Dkt. No. 51 |

On January 25, 2022, the parties filed a stipulation extending the time for plaintiffs to file their reply brief from January 26, 2022, to **February 23, 2022**. The Court reschedules the hearing on plaintiffs' motion for a temporary restraining order/preliminary injunction from February 11 to **March 10, 2022, at 11 am**.

**IT IS SO ORDERED**.

Dated: January 27, 2022

SUSAN ILLSTON
United States District Judge