UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERCED DOMINGUEZ, *et al.*,

Plaintiffs,

v.

CITY OF BERKELEY, *et al.*,

Defendants.

Case No. 21-cv-08599-SI

**ORDER OF DISMISSAL**

The City of Berkeley has informed the Court that defendants have fully performed their obligations under the parties' settlement. Dkt. No. 87. As such, and pursuant to the terms of the settlement, the Court DISMISSES this action with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: October 12, 2022

SUSAN ILLSTON
United States District Judge